B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Connecticut | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Scott Swimming Pools, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**06-0857995** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**75 Washington Road**<br>**Woodbury, CT** | ZIP Code<br>**06798** | Street Address of Joint Debtor (No. and Street, City, and State): | ZIP Code |
|---|---|---|---|

| County of Residence or of the Principal Place of Business:<br>**Litchfield** | County of Residence or of the Principal Place of Business: |
|---|---|
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity**<br>(Check box, if applicable) | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Scott Swimming Pools, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**James Scott** | Case Number:<br>**15-50083** | Date Filed:<br>**1/20/15** |
| District:<br>**Bridgeport** | Relationship:<br>**President** | Judge:<br>**Alan H.W. Shiff** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| | |
|---|---|
| | Name of Debtor(s): |
| | **Scott Swimming Pools, Inc.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

**X** **/s/ James M. Nugent**
Signature of Attorney for Debtor(s)

**James M. Nugent ct08822**
Printed Name of Attorney for Debtor(s)

**Harlow, Adams & Friedman, P.C.**
Firm Name

**One New Haven Avenue, Suite 100**
**Milford, CT 06460**
Address

**203-878-0661  Fax: 203-878-9568**
Telephone Number

**January 22, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ James M. Scott**
Signature of Authorized Individual

**James M. Scott**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 22, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Connecticut

In re **Scott Swimming Pools, Inc.**         Case No.

Debtor(s)     Chapter   **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

a. Total assets      $ **0.00**

b. Total debts (including debts listed in 2.c., below)      $ **3,796,564.41**

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | | | | Amount | Holders |
|---|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | | **0.00** | **0** |

d. Number of shares of preferred stock      **0**      **0**

e. Number of shares common stock      **0**      **0**

Comments, if any:

3. Brief description of Debtor's business:
**Sales and service of swimming pools**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**James M. Scott**
**Walter Whitney**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re **Scott Swimming Pools, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Walter Whitney**<br>**9 Church Hill Road**<br>**Washington Depot, CT 06794-1402** | **Walter Whitney**<br>**9 Church Hill Road**<br>**Washington Depot, CT 06794-1402** | | **Disputed** | **3,000,000.00** |
| **J.M. Scott Associates, Inc.**<br>**71 Washington Road**<br>**Woodbury, CT 06798** | **J.M. Scott Associates, Inc.**<br>**71 Washington Road**<br>**Woodbury, CT 06798** | **Interest bearing loans, etc.** | | **314,207.50** |
| **J.M. Scott Associates, Inc.**<br>**71 Washington Road**<br>**Woodbury, CT 06798** | **J.M. Scott Associates, Inc.**<br>**71 Washington Road**<br>**Woodbury, CT 06798** | **Accured rent** | | **186,400.00** |
| **Harleysville Insurance**<br>**Processing Center**<br>**P.O. Box 37712**<br>**Philadelphia, PA 19101-5012** | **Harleysville Insurance**<br>**Processing Center**<br>**P.O. Box 37712**<br>**Philadelphia, PA 19101-5012** | | | **114,427.20** |
| **Superconsulting, LLC**<br>**151 Iron Ore Hill Road**<br>**Bridgewater, CT 06752** | **Superconsulting, LLC**<br>**151 Iron Ore Hill Road**<br>**Bridgewater, CT 06752** | | | **50,000.00** |
| **BMW Financial Services**<br>**P.O. Box 9001065**<br>**Louisville, KY 40290-1065** | **BMW Financial Services**<br>**P.O. Box 9001065**<br>**Louisville, KY 40290-1065** | | | **46,355.52** |
| **James Scott**<br>**dba Morton Leasing Co.**<br>**75 Washington Road**<br>**Woodbury, CT 06798** | **James Scott**<br>**dba Morton Leasing Co.**<br>**75 Washington Road**<br>**Woodbury, CT 06798** | | | **19,923.61** |
| **RBS Citizens, N.A.**<br>**Consumer Loan Servicing**<br>**RJW218**<br>**P.O. Box 42002**<br>**Providence, RI 02940-2002** | **RBS Citizens, N.A.**<br>**Consumer Loan Servicing**<br>**RJW218**<br>**Providence, RI 02940-2002** | | | **18,567.64** |
| **Citicard**<br>**P.O. Box 183113**<br>**Columbus, OH 43218-3113** | **Citicard**<br>**P.O. Box 183113**<br>**Columbus, OH 43218-3113** | | | **11,536.29** |
| **Connecticut Business Industry Association**<br>**350 Church Street**<br>**Hartford, CT 06103** | **Connecticut Business Industry Association**<br>**350 Church Street**<br>**Hartford, CT 06103** | | | **6,849.90** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Scott Swimming Pools, Inc.**                                                     Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)                                                                         | (2)                                                                                                                           | (3)                                                                    | (4)                                                                                  | (5)                                                                     |
| --------------------------------------------------------------------------- | --------------------------------------------------------------------------------------------------------------------------- | ---------------------------------------------------------------------- | ------------------------------------------------------------------------------------ | ----------------------------------------------------------------------- |
| *Name of creditor and complete mailing address including zip code*          | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)*    | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff*      | *Amount of claim [if secured, also state value of security]*            |
| **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224**                                                 |                                                                        |                                                                                      | **5,874.30**                                                            |
| **United Rentals, Inc.**<br>**P.O. Box 100711**<br>**Atlanta, GA 30384-0711** | **United Rentals, Inc.**<br>**P.O. Box 100711**<br>**Atlanta, GA 30384-0711**                                               |                                                                        |                                                                                      | **5,119.22**                                                            |
| **Northwestern Mutual Ins.**<br>**75 Carter Drive**<br>**Guilford, CT 06437** | **Northwestern Mutual Ins.**<br>**75 Carter Drive**<br>**Guilford, CT 06437**                                               |                                                                        |                                                                                      | **4,110.15**                                                            |
| **Coverstar Northeast, Inc.**<br>**194 E. Main Street**<br>**Suite 2**<br>**Thomaston, CT 06787** | **Coverstar Northeast, Inc.**<br>**194 E. Main Street**<br>**Suite 2**<br>**Thomaston, CT 06787**                    |                                                                        |                                                                                      | **2,789.55**                                                            |
| **Nucci Bros. Pool Supplies, Inc**<br>**145 Oval Drive**<br>**Islandia, NY 11749-1402** | **Nucci Bros. Pool Supplies, Inc**<br>**145 Oval Drive**<br>**Islandia, NY 11749-1402**                            |                                                                        |                                                                                      | **2,613.41**                                                            |
| **New York State Insurance Fund**<br>**105 Corporate Park Drive**<br>**Suite 200**<br>**West Harrison, NY 10604-3804** | **New York State Insurance Fund**<br>**105 Corporate Park Drive**<br>**Suite 200**<br>**West Harrison, NY 10604-3804** |                                                                        |                                                                                      | **2,325.88**                                                            |
| **Haynes Materials**<br>**30D Progress Avenue**<br>**Seymour, CT 06483-3921** | **Haynes Materials**<br>**30D Progress Avenue**<br>**Seymour, CT 06483-3921**                                               |                                                                        |                                                                                      | **1,468.56**                                                            |
| **H. Krevit & Company, Inc.**<br>**P.O. Box 9433**<br>**New Haven, CT 06534-0433** | **H. Krevit & Company, Inc.**<br>**P.O. Box 9433**<br>**New Haven, CT 06534-0433**                                     |                                                                        |                                                                                      | **1,118.84**                                                            |
| **Cintas Fire Protection**<br>**P.O. Box 457**<br>**Plainville, CT 06062**   | **Cintas Fire Protection**<br>**P.O. Box 457**<br>**Plainville, CT 06062**                                                  |                                                                        |                                                                                      | **694.89**                                                              |
| **Fed Ex**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250-7461**           | **Fed Ex**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250-7461**                                                          |                                                                        |                                                                                      | **637.31**                                                              |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Scott Swimming Pools, Inc.**                                          Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  **January 22, 2015**                         Signature    **/s/ James M. Scott**
_____                                  _____
                                                                 **James M. Scott**
                                                                 **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Connecticut

In re    **Scott Swimming Pools, Inc.**                              ,    Case No. _____

                                    Debtor        Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 3,796,564.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 3,796,564.41 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Connecticut

In re **Scott Swimming Pools, Inc.** _____,    Case No. _____

Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6D (Official Form 6D) (12/07)

In re    **Scott Swimming Pools, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxxxxxxxx3793** | | | | | **Line of Credit** | | | | | |
| **Webster Bank, N.A.** **436 Slater Road** **New Britain, CT 06053** | - | | | | | | | | | |
| | | | | | Value $         **451,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| _**0**_  continuation sheets attached | Subtotal (Total of this page) | **0.00** |  **0.00** |
| | Total (Report on Summary of Schedules) | **0.00** |  **0.00** |

B6E (Official Form 6E) (4/13)

.

In re    **Scott Swimming Pools, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Scott Swimming Pools, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  **AETNA P.O. Box 13865 Philadelphia, PA 19101-3865** | | - | | | | | | | 119.10 |
| Account No. **xxxxxxx5401**  **Anthem Blue MedicareRx-CT P.O. Box 505171 Saint Louis, MO 63150-5171** | | | | | | | | | 40.30 |
| Account No. **xxxxx7059**  **Aquarion Water Company P.O. Box 10010 Lewiston, ME 04243-9427** | | - | | | | | | | 43.60 |
| Account No. **xx0812**  **Astro Chemicals Inc. P.O. Box 2248 Springfield, MA 01102-2248** | | - | | | | | | | 140.00 |
| __6__   continuation sheets attached | | | | | | | Subtotal (Total of this page) | | 343.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott Swimming Pools, Inc.**                                      ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0319** | | | | | | | |
| **Bank of America** P.O. Box 45224 Jacksonville, FL 32232-5224 | | - | | | | | 5,874.30 |
| Account No. **xx0900** | | | | | | | |
| **Baystate Pools Supplies of N.E** P.O. Box 15000 Lewiston, ME 04243 | | - | | | | | 42.49 |
| Account No. **xxxxxx6980** | | | | | | | |
| **BMW Financial Services** P.O. Box 9001065 Louisville, KY 40290-1065 | | - | | | | | 46,355.52 |
| Account No. | | | | | | | |
| **Chainsaws Unlimited inc.** 588 Main Street South Southbury, CT 06488 | | - | | | | | 52.01 |
| Account No. **5611** | | | | | | | |
| **Cintas Fire Protection** P.O. Box 457 Plainville, CT 06062 | | - | | | | | 694.89 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **53,019.21**

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott Swimming Pools, Inc.** ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8493** <br><br> Citicard <br> P.O. Box 183113 <br> Columbus, OH 43218-3113 | - | | | | | | 11,536.29 |
| Account No. **xxx7890** <br><br> Connecticut Business Industry Association <br> 350 Church Street <br> Hartford, CT 06103 | - | | | | | | 6,849.90 |
| Account No. <br><br> Coverstar Northeast, Inc. <br> 194 E. Main Street <br> Suite 2 <br> Thomaston, CT 06787 | - | | | | | | 2,789.55 |
| Account No. **xxxxx1 001** <br><br> DAL Tile <br> Lockbox 9237 <br> P.O. Box 8500 <br> Philadelphia, PA 19178-9237 | - | | | | | | 32.84 |
| Account No. <br><br> Fed Ex <br> P.O. Box 371461 <br> Pittsburgh, PA 15250-7461 | - | | | | | | 637.31 |

Sheet no. __2__ of __6__ sheets attached to Schedule of     Subtotal     | 21,845.89
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Scott Swimming Pools, Inc.**                                        ,       Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Fleetboss G.P.S. Inc.**<br>**241 O'Brien Road**<br>**Casselberry, FL 32730-2809** | - | | | | | | | 54.00 |
| Account No. <br><br>**Frontier**<br>**P.O. Box 20550**<br>**Rochester, NY 14602-0550** | - | | | | | | | 398.28 |
| Account No. **x1638** <br><br>**H. Krevit & Company, Inc.**<br>**P.O. Box 9433**<br>**New Haven, CT 06534-0433** | - | | | | | | | 1,118.84 |
| Account No. <br><br>**Harleysville Insurance**<br>**Processing Center**<br>**P.O. Box 37712**<br>**Philadelphia, PA 19101-5012** | - | | | | | | | 114,427.20 |
| Account No. **x1063** <br><br>**Haynes Materials**<br>**30D Progress Avenue**<br>**Seymour, CT 06483-3921** | - | | | | | | | 1,468.56 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,466.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **Scott Swimming Pools, Inc.** _____ ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>J.M. Scott Associates, Inc.<br>71 Washington Road<br>Woodbury, CT 06798 | - | | Interest bearing loans, etc. | | | | 314,207.50 |
| Account No.<br><br>J.M. Scott Associates, Inc.<br>71 Washington Road<br>Woodbury, CT 06798 | - | | Accured rent | | | | 186,400.00 |
| Account No.<br><br>James Scott<br>dba Morton Leasing Co.<br>75 Washington Road<br>Woodbury, CT 06798 | - | | | | | | 19,923.61 |
| Account No. **xxx2422**<br><br>New York State Insurance Fund<br>105 Corporate Park Drive<br>Suite 200<br>West Harrison, NY 10604-3804 | - | | | | | | 2,325.88 |
| Account No. **xxx8488**<br><br>Northwestern Mutual Ins.<br>75 Carter Drive<br>Guilford, CT 06437 | - | | | | | | 4,110.15 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

526,967.14

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Scott Swimming Pools, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1920** <br><br> **Nucci Bros. Pool Supplies, Inc** <br> **145 Oval Drive** <br> **Islandia, NY 11749-1402** | - | | | | | | 2,613.41 |
| Account No. <br><br> **Quality Cleaners** <br> **P.O. Box 41** <br> **Woodbury, CT 06798** | - | | | | | | 53.75 |
| Account No. **xxxxxxxxx0935** <br><br> **RBS Citizens, N.A.** <br> **Consumer Loan Servicing** <br> **RJW218** <br> **P.O. Box 42002** <br> **Providence, RI 02940-2002** | - | | | | | | 18,567.64 |
| Account No. <br><br> **Superconsulting, LLC** <br> **151 Iron Ore Hill Road** <br> **Bridgewater, CT 06752** | - | | | | | | 50,000.00 |
| Account No. **x-1450** <br><br> **Toce Brothers, Inc.** <br> **64 East Dudley Town Road** <br> **Bloomfield, CT 06002** | - | | | | | | 414.77 |

Sheet no. __5__ of __6__ sheets attached to Schedule of    Subtotal    71,649.57
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Scott Swimming Pools, Inc.**_____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4159** | | | | | | | |
| United Rentals, Inc. P.O. Box 100711 Atlanta, GA 30384-0711 | - | | | | | | 5,119.22 |
| Account No. | | | | | | | |
| Walter Whitney 9 Church Hill Road Washington Depot, CT 06794-1402 | - | | | | | X | 3,000,000.00 |
| Account No. | | | | | | | |
| Attorney Ann Rubin P.O. Box 1110 Waterbury, CT 06721 | | | Additional Notice: Walter Whitney | | | | Notice Only |
| Account No. **xx0310** | | | | | | | |
| Washington Supply Inc. P.O. Box 384 Washington Depot, CT 06794 | - | | | | | | 88.93 |
| Account No. **xx9918** | | | | | | | |
| Winzer Corporation P.O. Box 671482 Dallas, TX 75267-1482 | - | | | | | | 64.57 |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 3,005,272.72 |
| Total (Report on Summary of Schedules) | 3,796,564.41 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **Scott Swimming Pools, Inc.**
_____  Case No. _____
                                    Debtor(s)        Chapter  __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___17___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 22, 2015**
_____  Signature  **/s/ James M. Scott**
                                   _____
                                   **James M. Scott**
                                   **President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Connecticut

In re    **Scott Swimming Pools, Inc.**                                   Case No.

                                                    Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 22,422.50 |
    | Prior to the filing of this statement I have received | $ | 22,422.50 |
    | Balance Due | $ | 0.00 |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 22, 2015**                    **/s/ James M. Nugent**
                                                    **James M. Nugent ct08822**
                                                    **Harlow, Adams & Friedman, P.C.**
                                                    **One New Haven Avenue, Suite 100**
                                                    **Milford, CT 06460**
                                                    **203-878-0661  Fax: 203-878-9568**

---

# United States Bankruptcy Court
## District of Connecticut

In re  **Scott Swimming Pools, Inc.** _____ ,

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **James M. Scott<br>75 Washington Road<br>Woodbury, CT 06798** | | **90%** | |
| **Walter Whitney<br>9 Church HilL Road<br>Washington Depot, CT 06794-1402** | | **10%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ **January 22, 2015** _____

Signature __ **/s/ James M. Scott** _____

**James M. Scott**
**President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** _____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Connecticut

In re __Scott Swimming Pools, Inc.__          Case No. _____

                          Debtor(s)        Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __January 22, 2015__           __/s/ James M. Scott__

                                       __James M. Scott__/__President__
                                       Signer/Title

AETNA
P.O. Box 13865
Philadelphia, PA 19101-3865


Anthem Blue MedicareRx-CT
P.O. Box 505171
Saint Louis, MO 63150-5171


Aquarion Water Company
P.O. Box 10010
Lewiston, ME 04243-9427


Astro Chemicals Inc.
P.O. Box 2248
Springfield, MA 01102-2248


Attorney Ann Rubin
P.O. Box 1110
Waterbury, CT 06721


Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224


Baystate Pools Supplies of N.E
P.O. Box 15000
Lewiston, ME 04243


BMW Financial Services
P.O. Box 9001065
Louisville, KY 40290-1065


Chainsaws Unlimited inc.
588 Main Street South
Southbury, CT 06488


Cintas Fire Protection
P.O. Box 457
Plainville, CT 06062

Citicard
P.O. Box 183113
Columbus, OH 43218-3113


Connecticut Business Industry
Association
350 Church Street
Hartford, CT 06103


Coverstar Northeast, Inc.
194 E. Main Street
Suite 2
Thomaston, CT 06787


DAL Tile
Lockbox 9237
P.O. Box 8500
Philadelphia, PA 19178-9237


Fed Ex
P.O. Box 371461
Pittsburgh, PA 15250-7461


Fleetboss G.P.S. Inc.
241 O'Brien Road
Casselberry, FL 32730-2809


Frontier
P.O. Box 20550
Rochester, NY 14602-0550


H. Krevit & Company, Inc.
P.O. Box 9433
New Haven, CT 06534-0433


Harleysville Insurance
Processing Center
P.O. Box 37712
Philadelphia, PA 19101-5012


Haynes Materials
30D Progress Avenue
Seymour, CT 06483-3921

J.M. Scott Associates, Inc.
71 Washington Road
Woodbury, CT 06798


James Scott
dba Morton Leasing Co.
75 Washington Road
Woodbury, CT 06798


New York State Insurance Fund
105 Corporate Park Drive
Suite 200
West Harrison, NY 10604-3804


Northwestern Mutual Ins.
75 Carter Drive
Guilford, CT 06437


Nucci Bros. Pool Supplies, Inc
145 Oval Drive
Islandia, NY 11749-1402


Quality Cleaners
P.O. Box 41
Woodbury, CT 06798


RBS Citizens, N.A.
Consumer Loan Servicing
RJW218
P.O. Box 42002
Providence, RI 02940-2002


Superconsulting, LLC
151 Iron Ore Hill Road
Bridgewater, CT 06752


Toce Brothers, Inc.
64 East Dudley Town Road
Bloomfield, CT 06002


United Rentals, Inc.
P.O. Box 100711
Atlanta, GA 30384-0711

Walter Whitney
9 Church Hill Road
Washington Depot, CT 06794-1402


Washington Supply Inc.
P.O. Box 384
Washington Depot, CT 06794


Webster Bank, N.A.
436 Slater Road
New Britain, CT 06053


Winzer Corporation
P.O. Box 671482
Dallas, TX 75267-1482

# United States Bankruptcy Court
## District of Connecticut

In re  **Scott Swimming Pools, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Scott Swimming Pools, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**James M. Scott**
**75 Washington Road**
**Woodbury, CT 06798**

☐ None [*Check if applicable*]

**January 22, 2015**

Date

**/s/ James M. Nugent**

**James M. Nugent ct08822**

Signature of Attorney or Litigant

Counsel for  **Scott Swimming Pools, Inc.**

**Harlow, Adams & Friedman, P.C.**
**One New Haven Avenue, Suite 100**
**Milford, CT 06460**
**203-878-0661 Fax:203-878-9568**